KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6960
Fax: (415) 436-7234

Attorneys for Plaintiff

FILED
SEP 1 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSALYN TILLERY, <br><br> Defendant. | No. 3 05 70678 (BZ) <br><br> [PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 30, 2005 TO OCTOBER 3, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of October 3, 2005 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 30, 2005, to October 3, 2005. The parties agree, and the Court finds and holds, as follows:

1. The defendant has been released on a bond.

2. The 20-day deadline for preliminary hearing or arraignment under Rule 5.1 is October 2, 2005, which is a Sunday, and counsel for the Government will be out of the country the preceding Friday, September 30, 2005. Setting the preliminary hearing for Monday, October 3, 2005 will allow for continuity of Government counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

1      3. Defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
2  3161(h)(8)(B)(iv) and to waiving the time limits of Federal Rule of Criminal Procedure 5.1 for
3  preliminary hearing.
4      4. The Court finds that, taking into the account the public interest in the prompt
5  disposition of criminal cases, these grounds are good cause for extending the time limits for a
6  preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances,
7  the Court finds that the ends of justice served by excluding the period from September 30, 2005
8  to October 3, 2005, outweigh the best interest of the public and the defendant in a speedy trial.
9  18 U.S.C. § 3161(h)(8)(A).
10      6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
11  hearing date before the duty magistrate judge on October 3, 2005, at 9:30A.M., and (2) orders
12  that the period from September 30, 2005 to October 3, 2005 be excluded from the time period for
13  preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act
14  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 9/13/05

    /s/
DAVID COHEN
Attorney for Defendant

DATED: 9/12/05

    /s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/16/5

JOSEPH C. SPERO
United States Magistrate Judge

2